IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| GLENN EDWARD JOHNSON, )<br>)<br>Plaintiff, )<br>)<br>vs.     )<br>)<br>GREENSBORO POLICE    )<br>DEPARTMENT, OFFICER   )<br>K.D. STARBORN AND OFFICER )<br>J.A. SINK,          )<br>)<br>Defendants.    ) | 1:06CV515 |

## J-U-D-G-M-E-N-T

For the reasons set forth in the Order filed contemporaneously with this Judgment,

**IT IS HEREBY ORDERED AND ADJUDGED** that Defendant Greensboro Police Department's motion to dismiss (docket no. 12) is **GRANTED**.

_____
WALLACE W. DIXON
United States Magistrate Judge

Durham, NC
February 7, 2007